UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRISCO SHOPPING CENTER, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-00608 |
| | § | |
| SENTINEL INSURANCE COMPANY, LTD., | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Frisco Shopping Center, LLC, ("Plaintiff") and Defendant Sentinel Insurance Company ("Defendant"), being all of the parties to the above referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

Respectfully submitted,

*/s/ Christopher Pierce*
Christopher Peirce
State Bar No. 24046604
Jeffery T. Embry
State Bar No. 24002052
**HOSSLEY & EMBRY, LLP**
515 S. Vine Avenue
Tyler, Texas 57502
Telephone:   (903) 526-1772
Facsimile:   (903) 526-1773
Email:        Jeff@hossleyembry.com
              cpeirce@hossleyembry.com
**ATTORNEYS FOR PLAINTIFF**

        */s/Laura Grabouski*
        Laura Grabouski
        State Bar No: 24031595
        Brittan L. Buchanan
        State Bar No: 03285680
        Donna Peery
        State Bar No.: 00791752
        **TULLY RINCKEY, PLLC**
        3724 Executive Center Drive, Suite 205
        Austin, Texas 78731
        Telephone:    512.225.2800
        Facsimile:     512.225.2801
        Email:         bbuchanan@tullylegal.com
                       lgrabouski@tullylegal.com
                       dpeery@tullylegal.com
        **ATTORNEYS FOR DEFENDANT**