# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| FRISCO SHOPPING CENTER, LLC, § § Plaintiff, § § v. § § SENTINEL INSURANCE COMPANY, § LTD., § § Defendant. § | § § § § § CIVIL ACTION NO. 4:17-CV-608 § JUDGE MAZZANT/JUDGE JOHNSON § § § § |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Frisco Shopping Center, LLC, and Defendant Sentinel Insurance Company's Joint Stipulation of Dismissal with Prejudice (Dkt. #19). In the Stipulation, the parties represent that the above-captioned matter has been settled and therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees. *See* Dkt. #19.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**SIGNED this 9th day of April, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE